GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>BECKY DAVIS,<br><br>  Defendant. | No. 5:20-MJ-71555 MAG<br><br>STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME<br><br>**Hon. Donna M. Ryu** |

    Defendant Becky Davis and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference on the preliminary hearing set for June 9, 2021, may be continued to June 21, 2021. The reason for the requested continuance is that defense counsel continues to review discovery, engage in investigation, and to discuss possible pre-indictment resolution of the case with the government.

    The parties additionally stipulate and agree that time shall be waived from June 9, 2021 to June 21, 2021, pursuant to Rule 5.1(c) (time for a preliminary hearing), 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest), and 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) (time for a speedy trial). The parties agree that this waiver of time is necessary for review of discovery by the defense and for defense counsel to meet and confer with Ms. Davis. The parties further agree that the ends of justice served by excluding the time

STIPULATION AND ORDER
5:20-MJ-71555-MAG

from June 9, 2021 to June 21, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

Dated: June 8, 2021

GEOFF A. HANSEN
Acting Federal Public Defender
_____/s/_____
Tamara Crepet
Assistant Federal Public Defender

Dated: June 8, 2021

STEPHANIE M. HINDS
Acting United States Attorney
_____/s/_____
Marissa Harris
Assistant United States Attorney

STIPULATION AND ORDER
5:20-MJ-71555-MAG

## ORDER

Upon agreement and stipulation of the defendant Becky Davis, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the status conference on the preliminary hearing set in Ms. Davis's case be continued to June 21, 2021.

It is further ORDERED that the defendant has waived time for purposes of Rule 5.1(c), 18 U.S.C. § 3161(b), and 18 U.S.C. § 3161(h), and specifically, that she has waived time from June 9, 2021 to June 21, 2021. The Court finds that failing to exclude the time from June 9, 2021 to June 21, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 9, 2021 to June 21, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court therefore ORDERS that the time from June 9, 2021 through and including June 21, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 8, 2021



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER
5:20-MJ-71555-MAG